UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RYANT TRIMALE PRATT,<br><br>             Plaintiff,<br><br>     v.<br><br>J. FRISK, et al.,<br><br>             Defendants. | Case No.  20-cv-05592-JD<br><br>**ORDER OF DISMISSAL** |

Plaintiff, a state prisoner, has filed a civil rights action.  Plaintiff was sent a notice that he had not paid the filing fee or submitted a complete application for leave to proceed in forma pauperis ("IFP").  He was allowed twenty-eight days to either pay the fee or file a proper application with all the required documents.  More than twenty-eight days has passed and plaintiff has not paid the fee, filed a complete application to proceed IFP or otherwise communicated with the Court.  The case is **DISMISSED** without prejudice.

**IT IS SO ORDERED.**

Dated: November 9, 2020

_____
JAMES DONATO
United States District Judge